UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 6445826 |
| JUAN TORRES TALAVERA | : | ORDER OF DISMISSAL |

     Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, dismisses Violation No. 6445826 against defendant Juan Torres Talavera, which was issued on June 23, 2016, charging him with possessing a credit card knife in violation of 18 U.S.C. § 930, for the reason that prosecution of defendant Juan Torres Talavera is being deferred under the terms of a pretrial diversion agreement.

     This dismissal is without prejudice, and is pending the successful completion by defendant Juan Torres Talavera of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

*[signature]*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

*[signature]*
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 10/27/16